IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01556-AP

EDUARDO A. DELGADILLO,

Plaintiff-Appellant,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

Defendant-Appellee.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

Robert K. Gruber, #9413
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400 FAX (303)
986-6800 E-mail:
bobgruber@earthlink.net Attorney for
Plaintiff-Appellant Eduardo A.
Delgadillo

For Defendant:

TROY A. EID
United States Attorney
KURT J. BOHN
Assistant U.S. Attorney

TERESA H. ABBOTT

-1

Special Assistant United States Attorney
1961 Stout Street, Suite 1001A Denver,
Colorado 80294
(303) 844-0815
 E-mail: teresa.abbott@ssa.gov

 Street Address:
1225 Seventeenth Street, Suite
700 Denver, Colorado 80202
(303) 454-0100
 (303) 454-0404 (facsimile)

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:** August 8, 2006

**B.  Date Complaint Was Served on U.S. Attorney's Office:**  August 21, 2006

**C. Date Answer and Administrative Record Were Filed:** October 13, 2006

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Records appears to be complete and accurate.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7.  OTHER MATTERS

There are no other matters.

**8.  PROPOSED BRIEFING SCHEDULE**

> **A.  Plaintiffs Opening Brief Due:** December 11, 2006

> **B.  Defendant's Response Brief Due:** January 10, 2007

> **C.  Plaintiffs Reply Brief (If Any) Due:** January 25, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiffs Statement:**

> Plaintiff does not request oral argument.

**B.  Defendant's Statement:**

> Defendant does not request oral argument

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.      ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.      (**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 26th day of October, 2006.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/ Robert K. Gruber        10/25/2006
Robert K. Gruber 3500 South
Wadsworth Blvd., Suite 215 Lakewood,
Colorado 80235-2382 Telephone (303)
986-6400 FAX (303) 986-6800 E-mail:
bobgruber@earthlink.net Attorney for
Plaintiff-Appellant

s/ Teresa H. Abbott
By:  Teresa H. Abbott Special Assistant
U.S. Attorney

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado 80294
(303) 844-0815 E-mail
teresa.abbott@ssa.gov

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite
700 Denver, Colorado 80202
Telephone: (303) 454-0100
Attorney for Defendant