IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-1556-AP**

**EDUARDO A. DELGADILLO**,

Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

Defendant.

---

### ORDER

---

Kane, J.

Pursuant to the Stipulation for an Award of Reasonable Attorney Fees Under the

Equal Access to Justice Act (doc. #19), filed February 27, 2007, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney

fees in the amount of **$5,059.26**.

Dated at Denver, Colorado, this 28th day of February, 2007.

BY THE COURT:

**S/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT