IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1556-AP**

**EDUARDO A. DELGADILLO,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Plaintiff's Attorney's Application for an Award of Attorney Fees under 42 U.S.C. § 406(b) (doc. #40), filed October 18, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay directly to counsel, attorney fees in the amount of **$8,731.00**.

Dated at Denver, Colorado, this 23th day of October, 2008.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT